IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>MACK OBIOHA, OFF SECURITIES FUNDS, LTD., OFF HOLDINGS, LLC,<br><br>   Defendants. | No. C 12-80109 WHA<br><br>**ORDER SETTING HEARING DATE** |

The Commission has filed a motion to compel compliance with administrative subpoenas and requested a hearing date. The motion hearing will be **JUNE 7, 2012, AT 2 P.M.**

**IT IS SO ORDERED.**

Dated: April 27, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE