**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MACK OBIOHA, OFF SECURITIES FUNDS, LTD., OFF HOLDINGS, LLC,

    Defendants.

No. C 12-80109 WHA

**ORDER SETTING HEARING DATE**

The Commission has filed a motion to compel compliance with administrative subpoenas and requested a hearing date. The motion hearing will be **JUNE 7, 2012, AT 2 P.M.**

**IT IS SO ORDERED.**

Dated: April 27, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE