IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>MACK OBIOHA, OFF SECURITIES FUDNS, LTD., OFF HOLDINGS LLC,<br><br>    Defendants.<br>                                                        / | No. C 12-80109 WHA<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

Plaintiff Securities and Exchange Commission filed a motion to compel on April 24, 2012. Pursuant to Civil Local Rule 7-3, defendants opposition or statement of non-opposition to the motion was due May 8, 2012. None was filed. Defendants are hereby **ORDERED TO SHOW CAUSE** why the motion should not be granted for failure to oppose. Defendants must file a written response to this order by **NOON ON JUNE 12, 2012.** If no response is filed, the motion may be granted. The motion hearing for June 7, 2012 at 8:00 a.m. is hereby **VACATED**.

As it is unclear from the docket that defendants were served with the instant motion, plaintiff must file a proof of service by **MAY 29, 2012.**

**IT IS SO ORDERED.**

Dated: May 23, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE