IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

MACK OBIOHA, OFF SECURITIES FUNDS LTD., OFF HOLDINGS LLC,

    Defendants.

No. C 12-80109 WHA

**ORDER VACATING ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE**

On May 23, 2012, an order to show cause issued ordering defendants to show cause why plaintiff's motion to compel should not be granted for failure to oppose and ordering plaintiff to file proof of service of the motion to compel on defendants. Plaintiff filed a certificate of service showing that plaintiff mailed via UPS for next day delivery, the motion to compel, accompanying declaration, order setting the hearing date, and clerk's notice rescheduling the hearing date on May 23, 2012, to Attorney James A. Trodden. On May 24, 2012, plaintiff filed a response to the order to show cause stating that Attorney Trodden informed plaintiff that he was "authorized and would accept service on behalf of the respondents" (Dkt. No. 8). Attorney Trodden has not made an appearance as attorney of record for defendants.

1  Defendants' opposition or statement of non-opposition to the motion to compel is due
2  **JUNE 14, 2012.** The reply is due **JUNE 21.** A hearing date will be set if the Court determines it is
3  needed. The order to show cause filed May 23, 2012, is hereby **VACATED**. Plaintiff must
4  promptly serve this order on defendants and file a proof of service.

6  **IT IS SO ORDERED.**



8  Dated: May 31, 2012.

 WILLIAM ALSUP
 UNITED STATES DISTRICT JUDGE

2