IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>MACK OBIOHA, QFF SECURITIES FUNDS, LTD., and QFF HOLDINGS LLC<br><br>    Defendants.<br>   / | No. C 12-80109 WHA<br><br>**ORDER RE SERVICE AND RESPONSE TO MOTION TO COMPEL** |

    The Court is in receipt of a letter from Attorney James A. Trodden requesting an extension of time to respond to the order to show cause why plaintiff's motion to compel should not be granted for failure to oppose. Attorney Trodden seeks a continuance in order to allow defendants an opportunity to engage outside counsel. Attorney Trodden is not listed as counsel of record for any defendant, but he claims to be counsel for defendants Mack Obioha and QFF Securities Fund, Ltd.

    Plaintiff was previously ordered to serve its motion to compel on all *defendants*, as it was unclear from the docket that defendants had been served. Plaintiff has filed proofs of service of its motion to compel and subsequent Court orders on Attorney Trodden, claiming he is counsel for defendants and that he was authorized to accept service. But Attorney Trodden is not counsel of record for any defendant, and while Attorney Trodden claims to be counsel for defendants Mack Obioha and QFF Securities Fund, Ltd., he does not claim to be counsel for QFF Holdings LLC. If Attorney Trodden is counsel of record for defendants Mack Obioha and

1  QFF Securities Fund, Ltd., as his letter states, he must enter an appearance and become counsel
2  of record in order to serve as counsel for defendants in this action.
3     There is still no indication on the docket that all defendants have been properly served
4  with the motion to compel. By **JULY 27, 2012**, plaintiff must effectuate proper service of the
5  motion to compel and all subsequent Court orders in the action (including this order) on each
6  defendant. Plaintiff must also file a proof of service, as to each defendant, by the same date.
7  Defendants will then have until **AUGUST 10**, to respond to the motion to compel.

**IT IS SO ORDERED.**

Dated: July 23, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2