**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>  v.<br><br>MACK OBIOHA, QFF SECURITIES FUNDS, LTD., AND QFF HOLDINGS, LLC,<br><br>            Defendants.<br>                                                               / | No. C 12-80109 WHA<br><br>**ORDER RE MOTION TO COMPEL BRIEFING SCHEDULE** |

By order dated July 23, 2012, plaintiff was ordered to effectuate proper service of its motion to compel and all subsequent Court orders in this action on each defendant by July 27, 2012. Plaintiff timely responded, submitting a certificate of service for service of said orders via UPS for next day delivery on defendant Mack Obioha. Plaintiff also appended excerpts of a deposition wherein Mr. Obioha acknowledges receipt of the Commission's application for an order compelling compliance with administrative subpoenas and memorandum of points and authorities in support thereof and the supporting declaration (Shei Exh. A). This is sufficient to show service of the motion to compel and supporting declaration on Mr. Obioha. *See* Cal. Civ. Proc. § 415.30.

By **AUGUST 29**, plaintiff must effectuate proper service of the motion to compel and supporting declaration on the remaining defendants QFF Securities Funds Ltd., and QFF Holdings, LLC, and file a proof of service. Defendant(s) (who have been properly served by

August 29) must submit an opposition or statement of non-opposition to the motion to compel by **SEPTEMBER 19.** If no opposition is submitted by September 19, the motion will be deemed submitted. If an opposition is submitted by or before September 19, the Commission will have seven days from the filing of the opposition brief in which to submit a reply. An order will issue based on the record, unless the Court deems a hearing to be necessary.

**IT IS SO ORDERED.**

Dated: August 23, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE